Francis H. Ross v. Ethel H. Moore, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

William D. Tyndall and Others v. Pinelawn Cemetery.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of William C. Baker v. Andrew J. McGuire, as Supervisor, etc., and Others.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Franklin R. Wallace, Deceased.— Motion to dismiss appeal denied, without costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Patrick McGoldrick v. Pennsylvania Railroad Company.— Motion to dismiss appeal granted, without costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York ex rel. Uvalde Asphalt Paving Company v. Alfred P. W. Seaman and Others.— Motion granted; questions certified.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Saul Oliner and Others v. Benjamin Goldenberg and Others.— Motion granted.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Amanda Renaut, Respondent, v. The City of New York, Appellant, Impleaded with Others.— Judgment affirmed, with costs.   No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Bayer, as Administratrix, etc., Respondent, v. George A. Just Company, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs.   No opinion.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Proving the Last Will and Testament of Egbert B. Seaman, Deceased, as a Will of Real and Personal Property.   Frances P. S. Oakley, Appellant; Carrie L. Eidlitz and Another, Respondents.— Decree affirmed, with costs.   No opinion.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry J. Brock, Respondent, v. Kinemacolor Company of America, Appellant.— Judgment and order affirmed, with costs.   No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Acquiring Title by the City of New York, Respondent, to Certain Lands and Premises Situated on the Westerly Side of Hamilton Place, between One Hundred and Fortieth and One Hundred and Forty-first Streets, in the Borough of Manhattan, Duly Selected as a Site for School Purposes.   Mary J. Cunningham, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. William T. Gerow, Appellant.— Judgment affirmed.   No opinion.   Present — Ingraham P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.